## Commonwealth, Appellant, v. Sprouill.

Argued April 15, 1970. *Carol Mary Los,* Assistant District Attorney, with her *Robert L. Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellant; *Fred E. Baxter, Jr.,* Assistant Public Defender, for appellee.

Order affirmed.

## Commonwealth v. Swanson, Appellant.

Submitted April 13, 1970. *Thomas A. Young,* Public Defender, for appellant; *Marvin L. Wilenzik,* Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Orders affirmed.